**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

EMILIO TATIS,                                        :
                                                     :
                          Plaintiff,                 :          25-CV-4764 (VSB) (OTW)
                                                     :
                -against-                            :          **ORDER**
                                                     :
DOORDASH, INC., et al,                              :
                                                     :
                          Defendants.               :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF Nos. 59 and 60, in which parties request a stay of all

discovery deadlines in this case pending resolution of the motion to compel arbitration at ECF

37. A stay of all discovery deadlines is **GRANTED.** As such, the Initial Case Management

Conference on December 16, 2025 is **ADJOURNED** sine die.


The Clerk of Court is respectfully directed to close ECF 59.



**SO ORDERED.**



_____*s/ Ona T. Wang*_____

Dated: December 12, 2025                    **Ona T. Wang**
       New York, New York                    United States Magistrate Judge